UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VERONICA JENNINGS, | ) | CASE NO. 1:19CV840 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On March 17, 2020, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 14) recommending that the Court VACATE the Commissioner's decision and REMAND for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. The Government has filed notice that it does not intent to object to the Report. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby VACATED, and this matter is REMANDED for further proceedings.

IT IS SO ORDERED.

Dated: March 26, 2020              */s/ John R. Adams*
                                    JOHN R. ADAMS
                                    UNITED STATES DISTRICT JUDGE